McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00209-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTION FOR RELEASE |
| v. | |
| JERALD ESTHER WILLAMS, | DATE: September 1, 2020 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Dale A. Drozd |

This case is set for motion for release on September 1, 2020. The government wishes to continue this matter and the defense has no objection.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motion for release on September 1, 2020.

2. By this stipulation, government and the defendant now move to continue the motion for release until September 8, 2020 at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government was unable to file its response timely due a health issue. The government will file its response by Friday, August 28, 2020.

///

Stipulation and Order

1

b) The defendant does not object to the matter being continued until the requested date.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

IT IS SO STIPULATED.

Dated:  August 27, 2020                          McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ LAUREL J. MONTOYA
                                                 LAUREL J. MONTOYA
                                                 Assistant United States Attorney

Dated:  August 27, 2020                          /s/ MELISSA BALOIAN
                                                 MELISSA BALOIAN
                                                 Counsel for Defendant
                                                 JERALD ESTHER WILLIAMS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.  The motion for release in this matter be continued to September 8, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **August 27, 2020**                      _Dale A. Drozd_
                                                 UNITED STATES DISTRICT JUDGE